UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

SUE SIMMONS,

  Plaintiff,

-vs-                                CASE NO.:  3:16-CV-00086-GFVT

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT.

  Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Sue Simmons, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Bluestem Brands, Inc. d/b/a Fingerhut, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

     Dated this 21st day of March 2017.

                                           */s/ Octavio Gomez*
                                           Octavio "Tav" Gomez, Esquire
                                           (*admitted Pro Hac Vice*)
                                           Morgan & Morgan, Tampa, P.A.
                                           One Tampa City Center
                                           201 N. Franklin St., 7th Floor
                                           Tampa, FL 33602
                                           Tele: (813) 223-5505
                                           Fax:  (813) 223-5402
                                           Florida Bar #: 0338620
                                           Attorney for Plaintiff
                                           tgomez@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 21st day of March, 2017 via the Court's CM/ECF system which sent electronic notice to all parties of record, including:

Christy A. Ames, Esquire
Katrina L. Miller, Esquire
Stites & Harbison PLLC
400 W. Markey St., Suite 1800
Louisville, KY 40202-3352
cames@stites.com
kmiller@stites.com

/s/ Octavio Gomez
  Octavio "Tav" Gomez, Esquire
  Attorney for Plaintiff