UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

SUE SIMMONS,

  Plaintiff,                                            CASE NO.:  3:16-CV-00086-GFVT

-vs-

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT.

  Defendant.
_____/

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Sue Simmons and Defendant, Bluestem Brands, Inc. d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, the above-styled action and each claim and count therein asserted by Plaintiff against Defendant, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of April, 2017.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
(*Admitted Pro Hac Vice*)
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 223-5402
tgomez@forthepeople.com
Florida Bar #: 0338620
Attorney for Plaintiff

*/s/ Katrina Miller*
Christy A. Ames, Esquire
Katrina L. Miller, Esquire
Stites & Harbison PLLC
400 W Market St., Suite 1800
Louisville, KY 40202-3352
Tele: (502) 587-3400
cames@stites.com
kmiller@stites.com
Attorneys for Defendant