UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| SUE SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 3:16-cv-00086-GFVT |
| v. | ) | |
| | ) | |
| BLUESTEM BRANDS, INC. d/b/a | ) | **ORDER** |
| FINGERHUT, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court has received the parties' final stipulation of dismissal. [R. 22.] Therefore, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**, and each party shall bear his, her, or its own costs;

2. Any pending motions are **DENIED**, as moot;

3. Any proceedings that remain set in this matter are **CANCELLED**; and

4. This action is **CLOSED** and **STRICKEN** from the Court's active docket.

This the 2nd day of May, 2017.

Gregory F. Van Tatenhove
United States District Judge